CCA No. PD-0820-15

IN THE

COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

OCT 02 2015

Abel Acosta, Clerk

AUSTIN, TEXAS

Benjamin Elias

V.

The State of Texas

From Appeal No. 04-14-00498-CR

Trial Cause No. 427052

Bexar County

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 02 2015

Abel Acosta, Clerk

## THIRD MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Benjamin Elias, Petitioner, pro se and files this Third Motion for Extension of Time to File Petition for Discretionary Review with the Court seeking a thirty (30) day extension in which to file his Petition for Discretionary Review. IN SUPPORT THEREOF, Petitioner will show the Court the following:

I.

Petitioner was convicted in the Twelfth County Court at Law for Bexar County, Texas of the offense of MB driving while intoxicated in

[1 of 3]

Cause No. 427052, styled the State of Texas v. Benjamin Elias,. Petitioner appealed to the Fourth Court of Appeals. The trial court's decision was affirmed on June 3, 2015.

## II.

Petitioner has requested two extensions prior to this request. Petitioner's current deadline is October 1st, 2015.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was recently transferred from the El Paso County Detention Facility Annex to the Texas Department of Criminal Justice. At said detention facility, Petitioner had limited access to the law library greatly hindering his research and preparation of his petition. He has been diligent in his presentation and preparation of this petition, but been hindered by circumstances beyond his control. Further, Petitioner is proceeding without the benefit of counsel.

## Prayer

Wherefore, PREMISES CONSIDERED, Petitioner humbly prays that this honorable Court grant this motion and extend the deadline for filing the petition for discretionary review in Cause Number PD-0820-15 to November 1st, 2015

Benjamin Elias
Benjamin Elias
TDCJ-ID No. 819778
John W. Middleton
13055 FM 3522
Abilene, Texas 79601

CERTIFICATE OF SERVICE

I, Benjamin Elias, Petitioner, pro se, hereby certify that a true and correct copy of the foregoing motion, has been forwarded by U.S. Mail, postage paid, first class, to the Attorney for the State, Bexar County District Attorney's Office, Suite 710, San Antonio, Texas 78205; and the State Prosecuting Attorney, Lisa C. McMinn, P.O. Box 13046, Austin, Texas 78711 on this the 28th day of September 2015.

Benjamin Elias
Benjamin Elias, pro se

I, Benjamin Elias, TDCJ-ID No. 819778, being presently incarcerated in the John W. Middleton Unit in Jones County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 28th day of September 2015.

Benjamin Elias
Benjamin Elias, pro se.